**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-1721**

———————

DAVID L. WHITEHEAD,

 Plaintiff - Appellant,

 versus

DREAMWORKS PICTURES, INCORPORATED; STEVEN
SPEILBURG; DEBBIE ALLEN; COLIN WILSON; WALTER
PARKES; LAURIE MACDONALD; DAVID FRANZONI;
STEVEN ZAILLIAN; PUFFIN BOOKS OF PENGUIN
GROUP, INCORPORATED; JOYCE ANNETTE BARNES;
PENGUIN PUTNAM, INCORPORATED; HOME BOX OFFICE
OF WARNER BROTHERS AND TIME WARNER, INCORPO-
RATED; TIME-LIFE, INCORPORATED; TIME WARNER,
INCORPORATED; BLACK ENTERTAINMENT TELEVISION;
ROBERT JOHNSON, President; JOHN LEWIS; RICK
PORTERFIELD,

 Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-
98-1242-DKC)

———————

Submitted: August 27, 1998     Decided: September 11, 1998

———————

Before NIEMEYER and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

David L. Whitehead, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Whitehead appeals the district court's order transferring his copyright infringement suit to the district court for the Central District of California pursuant to 28 U.S.C. § 1406(a) (1994). We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order. <u>See</u> <u>Gower v. Lehman</u>, 799 F.2d 925, 927 (4th Cir. 1986) (transfers under 28 U.S.C. § 1406(a), like 28 U.S.C. § 1404 transfers, are interlocutory and nonappealable).

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2